NEW YORK DOCK COMPANY, Appellant, v. NEW YORK AND CUBA MAIL STEAM-

---

* Revd., 259 N. Y. 396.

SHIP COMPANY, Respondent.*— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ. [141 Misc. 911.]